JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL HEALTH & WELFARE TRUST FUND, TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND, TRUSTEES OF THE INLAND EMPIRE LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, CONTRACT COMPLIANCE FUND, NATIONAL ELECTRICAL INDUSTRY FUND, ADMINISTRATIVE MAINTAINANCE FUND, and the LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>            Plaintiffs,<br>     v.<br><br>LINCOLN PACIFIC BUILDERS, INC., a California corporation,<br><br>            Defendant. | CASE NO. CV 11-10074 CBM (AGRx)<br><br>ASSIGNED TO THE HONORABLE CONSUELO B. MARSHALL<br><br>**JUDGMENT** |

1  The Court, having considered and approved the stipulation for entry of judgment submitted by and between defendant Lincoln Pacific Builders, Inc., a California corporation, and plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Riverside County Electrical Health & Welfare Trust Fund, Trustees of the Riverside County Electrical Education and Training Trust Fund, Trustees of the Inland Empire Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, Contract Compliance Fund, National Electrical Industry Fund, Administrative Maintenance Fund, and the Los Angeles Electrical Worker's Credit Union (collectively "Trustees"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The Trustees shall recover from Lincoln Pacific Builders, Inc., a California corporation, the principal amount of $418,917.90, plus post-judgment interest at the rate of 3% per annum, from the date of entry of judgment herein until the date the judgment is paid in full.

Dated: May 31, 2012

UNITED STATES DISTRICT JUDGE

-2-

[PROPOSED] JUDGMENT

[Proposed] Judgment.docx